AO 91 (Rev 11/11)  Criminal Complaint (approved by AUSA Justin Ashenfelter)                    19-037

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>MATTHEW STEPHENS<br><br><br><br>———  ———<br>*Defendant(s)* | )<br>)<br>)  Case No. **19-518**<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 27, 2019____ in the county of __Philadelphia__ in the ___Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U S C  841(a)(1), (b)(1)(A)<br>18 U S C  2 | Distribution of 500 grams or more of a mixture or substance containing methamphetamine<br>Aiding and abetting |

This criminal complaint is based on these facts:
See affidavit attached

☑ Continued on the attached sheet.

*Complainant's signature*

Detective Richard Antonini, ATF Task Force
*Printed name and title*

Sworn to before me and signed in my presence.

Date:      3/28/2019

*Judge's signature*

City and state:       Philadelphia, Pennsylvania

Hon. Timothy R. Rice
*Printed name and title*

AO 91 (Rev 11/11)  Criminal Complaint (approved by AUSA Justin Ashenfelter)                    19-038

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>KEVIN BAILEY<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 19-518-2 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___ March 27, 2019 ___ in the county of ___ Philadelphia ___ in the ___ Eastern ___ District of ___ Pennsylvania ___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U S C  841(a)(1) . (b)(1)(A)<br>18 U S C  2 | Distribution of 500 grams or more of a mixture or substance containing methamphetamine<br>Aiding and abetting |

This criminal complaint is based on these facts:
See affidavit attached

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Detective Richard Antonini, ATF Task Force
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  ___ 3/28/2019 ___

_____
*Judge's signature*

City and state:  ___ Philadelphia, Pennsylvania ___

Hon Timothy R  Rice
*Printed name and title*

19-518

## AFFIDAVIT

I, Richard B. Antonini, am employed by the Philadelphia Police Department ("PPD") as a Detective and am currently assigned to serve as a Task Force Officer ("TFO") with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). As a TFO, I work with the ATF High Intensity Drug Trafficking area ("HIDTA") and Violent Crimes Task Force, which investigates violations of federal offenses to include Hobbs Act robberies, firearms, and distribution of narcotics. I have been a police officer with the PDD since 1999, when I successfully completed the PPD Academy. Prior to my current assignment, I was a Detective in a specialized unit with the PPD Southwest Detective Division ("SIU") where my responsibilities included investigating violent crimes such as armed robberies, attempted homicides, firearms offenses, and assaults. In my experience with the PPD and ATF, I have personally conducted and assisted in several investigations involving violations of these laws. The primary mission of the Violent Crimes Task Force I am assigned to is to investigate individuals and groups that engage in the commission of federal firearms and narcotics violations.

The facts in this affidavit come from my personal observations, my training and my experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

While conducting a long-term narcotics investigation into methamphetamine and firearms trafficking in Philadelphia and elsewhere, on March 27, 2019, ATF Group VI Task Force and other law enforcement officers conducted a controlled purchase of approximately 6

1

pounds of crystal methamphetamine from defendants MATTHEW STEPHENS and KEVIN BAILEY, while utilizing a registered ATF confidential informant ("CI"), who was provided $5,000 in government funds to be used for the purchase. The transaction was pre-arranged to take place in the area of a Wawa grocery store located at 6460 Bustleton Avenue, Philadelphia, Pennsylvania 19149. Fixed and mobile surveillance was established in the vicinity prior to 11:00 a.m. as well as audio recording provided to CI.

At approximately 11:20 a.m., CI arrived in the main parking lot of the Wawa and parked his/her vehicle. Shortly thereafter, STEPHENS arrived in his Audi sedan, bearing Pennsylvania registration KXV-7534, parked next to CI's vehicle and entered CI's vehicle.

At approximately 11:30 a.m., BAILEY arrived on foot and walked to CI's vehicle and entered the rear. Shortly thereafter, STEPHENS, BAILEY, and CI exited CI's vehicle and walked on Bustleton Avenue, passing the main entrance to the Wawa. A short time later, BAILEY unlocked his Toyota Highlander, bearing Connecticut registration 363-W0U, which was parked on Hellerman Street. STEPHENS entered BAILEY'S vehicle and retrieved a red bag. Both STEPHENS and BAILEY then walked back to CI's vehicle, where BAILEY entered the front passenger seat and STEPHENS entered the rear. CI's vehicle then departed the Wawa parking lot and parked behind BAILEY'S vehicle on Hellerman Street.

CI communicated with me and members of my field team, stating that the methamphetamine was inside his/her vehicle. At that time, ATF Task Force members approached CI's vehicle. STEPHENS was stopped just outside of CI's vehicle, while BAILEY was stopped walking towards the driver side of his Toyota. CI reported that BAILEY and STEPHENS were present for the transaction involving the methamphetamine and that was corroborated by our physical and electronic surveillance.

2

Inside the trunk of CI's vehicle was the red bag STEPHENS was observed carrying before the transaction. The bag contained a shoebox with three duct-taped packages inside. A field test was conducted on the substance inside of the packages, which was positive for the presence of methamphetamine. The weight of the methamphetamine seized was approximately 3.08 kilograms.

Accordingly, your affiant believes there is sufficient probable cause to arrest MATTHEW STEPHENS and KEVIN BAILEY for violations of Title 21 United States Code, sections 841(a)(1) and 841(b)(1)(viii).

Richard B. Antonini
Task Force Detective
Bureau of Alcohol, Tobacco,
Firearms & Explosives (ATF)

Sworn to and subscribed
before me this 28th
day of March 2019

HON. TIMOTHY R. RICE

United States Magistrate Judge

3